| | |
|---|---|
| 1 | Albro L. Lundy, III (SBN: 123133) |
| 2 | Evan R. Koch (SBN: 275144) |
|   | BAKER, BURTON & LUNDY, |
| 3 | A Professional Corporation |
|   | 515 Pier Avenue |
| 4 | Hermosa Beach, CA 90254 |
| 5 | Telephone:  (310) 376-9893 |
|   | Facsimile:   (310) 376-7483 |

JS - 6

Attorneys for Plaintiff

RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
Alfred Klein (SBN 50904)
  aklein@rodipollock.com
Anne K. Edwards (SBN 110424)
  aedwards@rodipollock.com
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARICOPA INVESTMENTS LLC, ) | CASE NO. 2:11-cv-10073-MWF-PLA |
|    Plaintiff, ) | |
| v. ) | ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE |
| PRUDENTIAL ASSET RESOURCES, INC.,) a Delaware corporation, and PRUDENTIAL) MULTIFAMILY MORTGAGE, INC., a) Delaware corporation, and DOES 1-50,) INCLUSIVE, ) | |
|    Defendants. ) | |

1

Plaintiff MARICOPA INVESTMENTS LLC ("Plaintiff") and defendants PRUDENTIAL ASSET RESOURCES, INC., and PRUDENTIAL MULTIFAMILY MORTGAGE, INC. ("Defendants") filed a Stipulation for Dismissal with Prejudice ("Stipulation").

Upon consideration of the Stipulation, good cause being shown, it is hereby ORDERED that the Stipulation is hereby granted;

**IT IS SO ORDERED.**

Dated: May 17, 2012

_____
The Honorable Michael W. Fitzgerald
United States District Judge