Albro L. Lundy, III (SBN: 123133)
Evan R. Koch (SBN: 275144)
BAKER, BURTON & LUNDY,
A Professional Corporation
515 Pier Avenue
Hermosa Beach, CA 90254
Telephone:  (310) 376-9893
Facsimile:   (310) 376-7483

JS - 6

Attorneys for Plaintiff

RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
Alfred Klein (SBN 50904)
  aklein@rodipollock.com
Anne K. Edwards (SBN 110424)
  aedwards@rodipollock.com
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARICOPA INVESTMENTS LLC,<br><br>        Plaintiff,<br><br>v.<br><br>PRUDENTIAL ASSET RESOURCES, INC., a Delaware corporation, and PRUDENTIAL MULTIFAMILY MORTGAGE, INC., a Delaware corporation, and DOES 1-50, INCLUSIVE,<br><br>        Defendants. | CASE NO. 2:11-cv-10073-MWF-PLA<br><br>ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE |

Plaintiff MARICOPA INVESTMENTS LLC ("Plaintiff") and defendants PRUDENTIAL ASSET RESOURCES, INC., and PRUDENTIAL MULTIFAMILY MORTGAGE, INC. ("Defendants") filed a Stipulation for Dismissal with Prejudice ("Stipulation").

Upon consideration of the Stipulation, good cause being shown, it is hereby ORDERED that the Stipulation is hereby granted;

**IT IS SO ORDERED.**

Dated:   May 17, 2012

_____
The Honorable Michael W. Fitzgerald
United States District Judge